# Court of Appeals
# of the State of Georgia

ATLANTA,  July 10, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0386.GRADY TAYLOR v. THE STATE

In December 2023, Grady Taylor pleaded guilty to interference with government property and the trial court sentenced him to a total of five years, with the first four years to be served in confinement and the remainder on probation. Taylor then filed a timely motion for sentence modification, which the trial court denied on March 27, 2024. On May 6, 2024, Taylor filed an application for discretionary appeal in the Georgia Supreme Court, which transferred the appeal here. We, however, lack jurisdiction.

The denial of a timely motion under OCGA § 17-10-1 (f) is generally subject to direct appeal. See, e. g., *Anderson v. State*, 290 Ga. App. 890 (660 SE2d 876) (2008); *Maldonado v. State*, 260 Ga. App. 580 (580 SE2d 330) (2003). And ordinarily, when a party has a right of direct appeal and files an application for discretionary appeal, we will grant the application. See OCGA § 5-6-35 (j). However, the application for a discretionary appeal must be filed within 30 days of the order being appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

Here, Taylor filed his application 40 days after entry of the order he seeks to appeal. Given that the application is untimely, we are without jurisdiction to consider it.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__*07/10/2024*_____

          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*